IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30154
Summary Calendar
_____

ALFRED M. CRAFT,

Plaintiff-Appellant,

versus

SHEREE ROAD HICKS,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 00-CV-425
--------------------
August 17, 2001

Before JOLLY, HIGGINBOTHAM, and PARKER, Circuit Judges.

PER CURIAM:[*]

Alfred M. Craft appeals the district court's grant of Sheree Road Hicks' motion for summary judgment and the dismissal of his suit, which was brought pursuant to the Wire and Electronic Communication Interception and Interception of Oral Communication Law. Craft has not shown how Simpson v. Simpson, 490 F.2d 803 (5th Cir. 1974), upon which the district court relied in dismissing his suit, is distinguishable from his case or explained why it should not control. He thus has not shown that the district court erred in granting Hicks' motion for summary

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment and dismissing his case.  Accordingly, the judgment of the district court is AFFIRMED.